**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| Donald R Mullikin,<br>Debtor. | Case No. 3-21-11684-cjf |

**ORDER GRANTING SPECIALIZED LOAN SERVICING LLC
ABANDONMENT AND RELIEF FROM THE AUTOMATIC STAY**

Specialized Loan Servicing LLC, its successors and/or assignees (the "Movant") filed a motion for abandonment and relief from the automatic stay pertaining to the property located at 1540 Devalera Drive, Platteville, WI 53818 (the "Property"). Due and proper notice of the motion was given, and no objections were filed. The facts recited in the motion show that there is no equity in the Property, the Movant's interest in the Property is not adequately protected, or other cause exists for granting the Movant's request for abandonment and relief from the automatic stay.

**Drafted by:**
Attorney Michael Acevedo
Cummisford, Acevedo & Associates, LLC
7071 S. 13th Street, Ste. #100
Oak Creek, WI 53154
Phone:   414-761-1700
Fax:      414-255-3008

1

**IT IS THEREFORE ORDERED:** the stay of 11 U.S.C. §362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law;

**IT IS FURTHER ORDERED:** The Trustee is authorized and ordered to abandon the Property from the bankruptcy estate under 11 U.S.C. §554, and abandonment is effective upon entry of this Order;

**IT IS FURTHER ORDERED:** this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

###